UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: **14-CV-62814-Gayles/Turnoff**

LEMUEL NELSON,
    Plaintiff,

vs.

WING SHAM, LLC, a Florida corporation,
*and* SHAM YUEN, INC., a Florida corporation,
*d/b/a* STAR GARDEN CHINESE RESTAURANT
    Defendants.
_____/

**NOTICE OF PENDING SETTLEMENT**

PLEASE TAKE NOTICE that the Plaintiff, LEMUEL NELSON, an Individual, through his undersigned counsel, files this Notice of Pending Settlement to advise the Court that said parties are working to settle this case. The parties are in the process of finalizing the Settlement Agreement and will file the appropriate papers with this Court, including a proposed Final Order of Dismissal with Prejudice with Retention of Jurisdiction by July 3, 2015. The undersigned hereby requests that any impending deadlines and all matters before this Court be removed from the Court's docket, until the Stipulation for Dismissal is filed.

    Dated June 8, 2015.

Respectfully submitted,
**The Shemtov Law Firm, P.A.**
*Attorney for Plaintiff*
<u>By: S/ Tal Shemtov</u>
**Tal Shemtov, Esquire**
Florida Bar No. 28456
9715 West Broward Blvd. #256
Plantation, Fl 33324
Telephone: (954) 861-9787
Facsimile: (954) 236-3530
SHEMTOVLAWFIRM@YAHOO.COM

## *CERTIFICATE OF SERVICE*

I HEREBY CERTIFY that on the 8th day of June, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record or pro se parties identified on the attached Service List in the manner specified.

## **SERVICE LIST**

SHAM YUEN, INC.
*(Defendant)*
Juan A. Sanchez, P.A.
10251 SW 72 St., #106
Miami, FL 33173
305-275-8550
jasancesq@aol.com
VIA CMECF

Fiorella Del Aguila, Esq.
Law Offices of Tony Pornprinya, PA
1555 N.E. 123rd Street
Miami, FL 33161
(305) 893-8989 Ext 121 (Telephone)
(305) 891-7717 (Facsimile)
Email Fiorella Del Aguila <fiorella@miamidadelaw.net>;
*Via CM/ECF*