UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-62814-CIV-GAYLES

LEMUEL NELSON,

    Plaintiff,

vs.

WING SHAM, LLC, a Florida corporation,
and SHAM YUEN, INC., a Florida
corporation, d/b/a STAR GARDEN
CHINESE RESTAURANT,

    Defendants.
_____/

## FINAL ORDER OF DISMISSAL

**THIS CAUSE** having come before the Court on the parties' Joint Stipulation for Dismissal with Prejudice, and the Court being fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that this cause is hereby dismissed with prejudice. Each party shall bear its own attorney's fees and costs except as agreed to in the Settlement Agreement. The Court shall retain jurisdiction of this matter for the sole purpose of enforcing the terms of the Settlement Agreement.

The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida this 11th day of August, 2015.

                                                                Honorable Darrin P. Gayles
                                                                 United States District Judge

Copies Furnished To:
Counsel of Record